**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PIEDAD DEL CARMEN PEREZ PERTUZ, | No. 08-74821 |
| Petitioner, | Agency No. A074-351-894 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:     SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Piedad del Carmen Perez Pertuz, a native and citizen of Colombia, petitions

pro se for review of the Board of Immigration Appeals' ("BIA") order denying her

motion to reopen removal proceedings.  We have jurisdiction under 8 U.S.C.

§ 1252.  We review for abuse of discretion the denial of a motion to reopen,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Perez Pertuz's July 3, 2008, motion to reopen as number-barred, *see* 8 C.F.R. § 1003.2(c)(2) (party may file only one motion to reopen proceedings), and Perez Pertuz has not met any of the exceptions to the number bar, *see* 8 C.F.R. § 1003.2(c)(3).

**PETITION FOR REVIEW DENIED.**